UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLYN UNDERWOOD,

    Plaintiff,

  v.

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; RILEY O. ETHERIDGE, JR.; and NATIONAL ASSOCIATION OF SECURITIES DEALERS DISPUTE RESOLUTION, INC.,

    Defendants.

No. C 05-1254-SC

ORDER

In light of the forthcoming decision from the California Supreme Court in <u>Jevne v. Superior Court</u>, S121532 (oral argument heard March 8, 2005), this case is STAYED pending a disposition on the merits in <u>Jevne</u>. The Court DIRECTS the parties to keep the Court apprised of developments in <u>Jevne</u>. All pending motions in this case are TERMINATED as an administrative matter.

**IT IS SO ORDERED.**

Dated:  May 18, 2005

                                    /s/ Samuel Conti
                                UNITED STATES DISTRICT JUDGE