```
LAWRENCE ALIOTO
State Bar No. 38931
582 Market St., Ste. 607
San Francisco, CA  94104
Telephone:    (415) 399-0533
Fax:          (415) 399-9868
Email:        larralioto@yahoo.com

Attorney for Plaintiff
Kimberlyn Underwood
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLYN UNDERWOOD, | ) Case No: C05-1254 SC |
| Plaintiff, | ) **NOTICE OF DISMISSAL (FR Civ.P41(a)(1)(i)** |
| vs. | ) |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED; RILEY O. ETHERIDGE, JR.; and NATIONAL ASSOCIATION OF SECURITIES DEALERS, DISPUTE RESOLUTION, | ) |
| Defendants. | ) |

**IT IS SO ORDERED**
Senior Judge Samuel Conti

To the Honorable Clerk of the Court and to defendants and their Attorneys of Record:

Notice is hereby given that plaintiff above named hereby dismisses this action pursuant to the above-referenced rule.

July 5, 2005

/s/
_____
Lawrence Alioto
Attorney for Plaintiff Kimberlyn Underwood

NOTICE OF DISMISSAL (FR Civ.P41(a)(1)(i)                      Case No: C05-1254 SC

Certificate of Service
Case No. C05-1254 SC

I, Lawrence Alioto, hereby certify that on the date indicated below I served the foregoing **NOTICE OF DISMISSAL** upon the persons listed below in the manner indicated below.

I declare that I am counsel for plaintiff in this case, and that my office is in San Francisco, California. I am over the age of eighteen and not a party to the action.

VIA UNITED STATES MAIL AND ELECTRONIC MAIL:

Kevin J. Holl, Esq.
Geoffrey Gordon-Creed, Esq.
Gordon-Creed, Kelley, Holl & Sugerman, LLP
222 Kearny Street, Suite 650
San Francisco, CA 94108

Gibson Dunn & Crutcher LLP
   Mark A. Perry, Esq.
   Ethan D. Dettmer, Esq.
   Kirsten R. Galler, Esq.
One Montgomery Street
San Francisco, CA 94104

VIA UNITED STATES MAIL:

Michael J. Fortunato, Esq.
Maria V. Martin, Esq.
Karen L. Palermo, Esq.
Rubin Fortunato Harbison & Dougherty PC
10 South Leopard Road
MCS Building, Suite 202
Paoli, PA 19301-1534

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 5, 2005

/s/
_____
Lawrence Alioto

---

NOTICE OF DISMISSAL (FR Civ.P 41(a)(1)(i))                    Case No: C05-1254 SC